# EXHIBIT 4

# TACTICAL ACCESSORIES Light/Laser Combos



**FIRESTRIKE**
QD Light With Integrated Red Laser Combination
(200 Lumens)



**SAMLINGREEN**
QD Green Laser/Light Combination (220 Lumens)
(Strobing/Pulsating Capability)



**TFLS-M1**
QD Polymer Xenon Light/Red Laser Combination
(150 Lumens)



**VLF**
QD Polymer Led Light/Red Laser Combination
(180 Lumens)



**GFL101**
Vertical Grip With Integrated Green Laser, Map Light & 300 Lumen LED Flashlight



**STROBE**
Strobing Light/Red Laser Combination Vertical Grip
(300 Lumens)



GUNTEC USA    Tel 480-478-4517    Fax 480-451-1245    WWW.GUNTECUSA.COM

# TACTICAL ACCESSORIES Weapon Lights



LUMEN
Lumen Tactical Weapon Light
Built In Rail Mount
Size Version)



MINI600
600 Lumen Tactical Weapon Light
With Built In Rail Mount
(Compact Version)



MINILEDLITE
Micro LED Weapon Light With
Picatinny Mount
(80 Lumens)



DM1
ical QD Weapon Light With
s Breaker
Lumens)



HSTROBE
QD Compact Weapon Light With
Strobing Capability
(220 Lumens)



GL101
QD Weapon Light With Integrated
Vertical Grip And Dual Led Map
Lights (300 Lumens)



170
actical Flashlight With Glass
aker (Compatible With FL
) (170 Lumens)



GT170-S  1" Tactical Flashlight
With Glass Breaker (Strobing
Capability, Compatible With FL
Grip) (170 Lumens)



QDLIGHTGRIP
QD Aluminum Vertical Grip With
Built In Weaponlight & Storage
Compartment (200 Lumens)